# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:22-cr-00399 |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| vs. | ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND REFERRAL TO U.S. PROBATION OFFICE |
| ESTELA OLAZCON-MENDOZA, | ) | |
| Defendant. | ) | |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge Thomas M. Parker regarding the change of plea hearing of Defendant Estela Olazcon-Mendoza which was referred to the Magistrate Judge with the consent of the parties.

On July 14, 2022, the Government filed a four count Indictment, charging Defendant Estela Olazcon-Mendoza with three counts of Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1), and in Count 4 with Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i). Defendant Estela Olazcon-Mendoza was arraigned on July 28, 2022, during which she entered a plea of not guilty to the charges. On November 8, 2023 Magistrate Judge Parker received Defendant's plea of guilty to Counts 1, 2 and 3 of the Indictment for Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), with a written plea agreement, and issued a Report and Recommendation (R&R), concerning whether the plea

should be accepted and a finding of guilty entered. Neither party submitted objections to the Magistrate Judge's R&R.

On *de novo* review of the record, the Magistrate Judge's R&R is adopted. Defendant Estela Olazcon-Mendoza is found to be competent to enter a plea and to understand her constitutional rights. She is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Estela Olazcon-Mendoza is adjudged guilty of violating 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), in Counts 1, 2 and 3 of the Indictment as set forth in the plea agreement. This matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report. Sentencing will take place on June 18, 2024, at 12:00 p.m. in Courtroom 17B, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

                                                          *s/David A. Ruiz*     4/23/2024
                                                        DAVID A. RUIZ
                                                       UNITED STATES DISTRICT JUDGE